# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  VICKI KEIM, | ) |
|  | ) |
|     Plaintiffs, | ) |
|  | ) |
| v. | ) Case No.15-cv-511-C |
|  | ) |
| 1.  STATE FARM FIRE AND CASUALTY COMPANY, A Foreign For Profit Insurance Corporation, | ) ) ) |
|  | ) |
|     Defendant. | ) |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Vicki Keim, by and through her attorneys of record, and hereby dismisses this case without prejudice to the refiling thereof.

Respectfully submitted,

S/ *Michael D. McGrew*
Michael D. McGrew, OBA# 013167
McGrew, McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, Oklahoma 73102
(405) 235-9909 Telephone
(405) 235-9929 Facsimile
mcgrewslaw@yahoo.com
**ATTORNEYS FOR PLAINTIFF**

1